UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------X
GENE SEBASTINO

                Plaintiff,                15 Civ.

  -against-                        COMPLAINT

SPRINGFIELD TERMINAL RAILWAY CO.,

                Defendant.
-------------------------------------------------------------X

<u>PLAINTIFF DEMANDS TRIAL BY JURY</u>

Plaintiff, by his attorneys, Naumes Law Group, LLC and Flynn & Wietzke, PC, complains of the defendant and alleges:

<u>FIRST</u>:  This action is brought under the Federal Employers' Liability Act, (45 U.S.C. Sec. 51 et seq.).

<u>SECOND</u>:  The defendant is a corporation engaged in interstate commerce by rail and operates a railroad system and railroad yards within the jurisdiction of this Court and in various other States.

<u>THIRD</u>:  That prior to October 9, 2015, and at all times hereinafter mentioned, the defendant employed the plaintiff as a conductor under its direction, supervision and control and in furtherance of defendant's business in interstate commerce.

<u>FOURTH</u>:   That prior to October 9, 2015, and at all times hereinafter mentioned, the defendant maintained, operated and controlled Track 1 in North Bennington Yard, North Bennington, Vermont which contained defendant's tracks, rails, switches, sidings, roadbeds and appurtenances thereto, over, through and upon which the defendant operated engines, trains and cars under its control and direction.

<u>FIFTH</u>:  That on or about October 9, 2015, while the plaintiff, an employee of the defendant, was in the performance of his duties as a conductor near Track 1 in North Bennington Yard, North Bennington, Vermont, the defendant, its agents, servants and employees, so negligently and carelessly

conducted themselves toward the plaintiff in failing to provide plaintiff with a reasonably safe place to work; in failing to warn plaintiff of the slippery condition; in failing to inspect; in failing to maintain plaintiff's work place; in failing to clean work area of slippery substance; in violating the Locomotive Inspection Act (49 U.S.C. §20701 et seq.) by failing to meet its absolute and continuing duty to provide safe equipment and, so negligently failed and neglected to enact and enforce safety rules, regulations, procedures, and practices for activities carried out by its personnel at the said place, that all of the foregoing brought about severe and disabling injuries to plaintiff, including but not limited to back, shoulder, neck and head.

SIXTH:  That the said injuries occurred while the plaintiff was acting in the furtherance of interstate commerce or in work closely or substantially affecting the same.

SEVENTH:  That the plaintiff was damaged thereby in the sum of $1,000,000.00.

WHEREFORE, plaintiff demands judgment against the defendant in the sum of ONE MILLION ($1,000,000.00) DOLLARS, together with the costs and disbursements of this action.

Naumes Law Group, LLC
Local Counsel for Plaintiff
2 Center Plaza, Suite 620
Boston, MA 01208

BY:__/s/ Robert Naumes_____
       ROBERT NAUMES

Flynn & Wietzke, PC
Attorneys for Plaintiff
1205 Franklin Avenue
Garden City, NY 11530
(516) 877-1234

By:____/s/ Marc Wietzke_____
       MARC T. WIETZKE (MW1551)