UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------X
GENE SEBASTINO,

                Plaintiff,                             16 Civ. 30007 (MGM)

   -against-

SPRINGFIELD TERMINAL RAILWAY CO.,

                Defendant.
-------------------------------------------------------------X

## PLAINTIFF'S PROPOSAL RE PRIOR CONVICTION

                                               Marc Wietzke, Esq.
                                               Flynn & Wietzke, PC
                                               1205 Franklin Avenue
                                               Garden City, NY 11530
                                               (516) 877-1234

This Court has granted disclosure of plaintiff's felony conviction over plaintiff's objection. However, even Federal Rule of Evidence 609 only permits "evidence of a criminal conviction." That is to say, FRE 609 does NOT permit evidence of the facts of the underlying charges nor the punishment attached to the conviction. In other words, the only inquiry or statement required to be permitted to elicit is "Were you convicted of a crime?" To which the plaintiff will answer "Yes." Plaintiff will also be asked "What was the charge you were convicted of?" To which the plaintiff will answer illegal possession of a firearm."

Anything beyond this is not permitted by FRE 609 nor warranted under FRE 403. Plaintiff seeks the Court's statement on the record on this point before opening statements.

With regard to any proposed jury charge, the First Circuit Court of Appeals in its Criminal Pattern Jury Instructions includes the following:

> 2.05 Impeachment of Defendant's Testimony by Prior Conviction
>
> You have heard evidence that [defendant] was convicted of a crime. You may consider that evidence in deciding, as you do with any witness, how much weight to give [defendant]'s testimony. The fact that [defendant] was previously convicted of another crime does not mean that [he/she] committed the crime for which [he/she] is now on trial. You must not use that prior conviction as proof of the crime charged in this case.

Since this is a civil case, that charge cannot be used unmodified. Consequently, the charge should be modified as follows:

> You have heard evidence that Mr. Sebastino was convicted of a crime. You may consider that evidence in deciding, as you do with any witness, how much weight to give his testimony. You must not use that prior conviction for any other purpose in your deliberations.

Wherefore, the plaintiff seeks the stated limitation of inquiry regarding the conviction and proposed language as a supplemental jury charge.

DATED: GARDEN CITY, NEW YORK
          March 2, 2020

                                      Flynn & Wietzke, PC
                                      Attorneys for Plaintiff
                                      1205 Franklin Avenue
                                      Garden City, NY 11530
                                      (516) 877-1234

                                      By: _____
                                               MARC WIETZKE

TO:   T. Mark Herlihy, Esq.
        Herlihy, Thursby & Herlihy, LLP
        PO Box 121220
        Boston, MA 02112

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/ Marc Wietzke
                                                      Marc Wietzke