UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.:16-30007-MGM

GENE SEBASTINO                    )
          Plaintiff               )
                                  )
v.                                )
                                  )
SPRINGFIELD TERMINAL RAILWAY CO.  )
          Defendant               )

## DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Now comes the defendant and hereby moves this Court, prior to submitting the case to the jury, to enter Judgment as matter of law against the plaintiff.  As grounds therefor the defendant states as follows:

(1)   There is no evidence that the defendant was negligent;

(2)   There is no evidence of oil or any unsafe condition at the time of plaintiff's alleged slip and fall;

(3)   There is no evidence that any negligence on the part of the defendant caused the plaintiff's accident or injury;

(4)   There is no evidence that the defendant breached any duty owed to the plaintiff under the Federal Employers Liability Act;

(5)   There is no evidence the defendant was in violation of the Locomotive Inspection Act; and

(6)   There is no evidence any violation of the Locomotive Inspection Act caused the plaintiff's accident or injury.

Respectfully Submitted,
ATTORNEY FOR SPRINGFIELD TERMINAL RAILWAY CO.

/s/T. Mark Herlihy
T. Mark Herlihy (BBO #231530)
HERLIHY, THURSBY AND HERLIHY, LLP
P.O. Box 121220
Boston, MA 02112

(617) 426-6100
mherlihy@hthlaw.com