```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
                           CIVIL ACTION NO.:16-30007-MGM
```

| | |
|---|---|
| GENE SEBASTINO | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SPRINGFIELD TERMINAL RAILWAY CO. | ) |
|     Defendant | ) |

**DEFENDANT'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS**

The defendant requests that the Jury be instructed in accordance with following Requests for Instructions:

**INSTRUCTION NO. 1**

The Jury may consider any violation of the railroad's Safety Rules as evidence of contributory negligence of GENE SEBASTINO.

**INSTRUCTION NO. 2**

The only allegation of negligence or of an unsafe locomotive put forward by GENE SEBASTINO is the presence of oil on the locomotive where he alleges he slipped and fell. Thus, in order for you to find for GENE SEBASTINO you must find that oil was present at the time of his alleged slip and fall and that the oil created an unsafe condition which in fact caused in some way his injuries.

                                          Respectfully Submitted,
                                          DEFENDANT,
                                          By its attorney,

                                          /s/T. Mark Herlihy
                                          T. Mark Herlihy - BBO #231530
                                          HERLIHY, THURSBY & HERLIHY, LLP
                                          P.O. Box 121220

Boston, MA  02112
(617) 426-6100
mherlihy@hthlaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that this document(s) filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 4, 2020.

/s/T. Mark Herlihy
T. Mark Herlihy - BBO #231530
HERLIHY, THURSBY & HERLIHY, LLP
P.O. Box 121220
Boston, MA  02112
(617) 426-6100
mherlihy@hthlaw.com